IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02867-BNB

GREGORY LOZADO,

    Plaintiff,

v.

AURORA DETENTION CENTER/GEO ICE PROCESSING CENTER,
OFFICER SANCHEZ, Transfer Officer, and
OFFICER PHILLAPOV, Transfer Officer,

    Defendants.

---

ORDER DISMISSING CASE

---

    Plaintiff is in the custody of the United States Bureau of Prisons and is incarcerated at the Federal Correctional Institution in Littleton, Colorado. On December 26, 2013, Plaintiff submitted a Letter asking that the Court dismiss this action. The Court will construe the Letter as a Notice of Dismissal and dismiss the action for the following reasons.

    Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Defendant has not filed an answer in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* 8-41 James Wm. Moore et al., Moore's Federal Practice § 41.33(6)(a) (3d ed. 1997); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The case, therefore, will be closed as of December 26, 2013, the date the

Notice was filed with the Court.  *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the Notice of Dismissal, filed on December 26, 2013, ECF No. 8, is effective as of December 26, 2013, the date Plaintiff filed the Notice in this action.  It is

FURTHER ORDERED that the Complaint and action are dismissed without prejudice.

DATED at Denver, Colorado, this  2nd  day of     January       , 2014.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court